UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-2137(JMR/FLN)

| | | |
|---|---|---|
| Christopher Brian Carroll | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Robert Mundt | ) | |

This matter is before the Court on petitioner's application to proceed in forma pauperis [Doc. #8]. Petitioner's application is granted.

IT IS SO ORDERED.

Dated: May 23rd, 2001

JAMES M. ROSENBAUM
United States District Judge

MAY 23 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK